IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEON NORMAN WILEY, JR.,

      Appellant,

 v.

      Case No.  5D21-1694
      LT Case No. 2019-CF-00303

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.



LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.